# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-10073-JKF

MICHAEL HINES

4200 I. STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL HINES

4200 I. STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

Date: 8/12/2016

                          /S/ William C. Miller
                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee